# UNITED STATES BANKRUPTCY COURT
CENTRAL **DISTRICT OF** CALIFORNIA
RIVERSIDE **DIVISION**

In re:                                    §
                                          §
Banning At 8Th Street Llc                 §      Case No. 6:14-bk-19644-SC
                                          §
          Debtor                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TODD A. FREALY, TRUSTEE            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 4,486,273.23 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 808,187.42 | |

3) Total gross receipts of $ 7,238,168.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,943,708.26 (see **Exhibit 2**), yielded net receipts of $ 5,294,460.65 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,300,000.00 | $ 4,654,998.92 | $ 4,471,928.56 | $ 4,471,928.56 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 818,187.42 | 808,187.42 | 808,187.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 11,139.32 | 11,139.32 | 11,139.32 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,175.75 | 3,175.75 | 3,205.35 |
| **TOTAL DISBURSEMENTS** | $ 4,300,000.00 | $ 5,487,501.41 | $ 5,294,431.05 | $ 5,294,460.65 |

4)  This case was originally filed under chapter 7 on  07/29/2014 .  The case was pending for 32 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/17/2017                    By:/s/TODD A. FREALY, TRUSTEE
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commericial Shopping Center Location: 806 Ramsey St., Bannin | 1110-000 | 6,774,616.99 |
| Checking Account Controled By Reciever | 1129-000 | 196,162.92 |
| RENTAL INCOME | 1222-000 | 262,500.00 |
| REFUND OF INSURANCE PREMIUMS | 1290-000 | 4,889.00 |
| TOTAL GROSS RECEIPTS | | $ 7,238,168.91 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Los Angeles County Superior Court | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,919,091.27 |
| Banning RAD, LLC | Non-Estate Funds Paid to Third Parties | 8500-002 | 24,616.99 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 1,943,708.26 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Preferred Bank 1373 Diamond Bar Blvd. Diamond Bar, CA 91765 | | 4,300,000.00 | NA | NA | 0.00 |
| | PREFERRED BANK | 4110-000 | NA | 4,151,928.56 | 4,151,928.56 | 4,151,928.56 |
| 1 | PREFERRED BANK | 4110-000 | NA | 503,070.36 | 320,000.00 | 320,000.00 |
| TOTAL SECURED CLAIMS | | | $ 4,300,000.00 | $ 4,654,998.92 | $ 4,471,928.56 | $ 4,471,928.56 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TODD FREALY | 2100-000 | NA | 182,383.82 | 177,383.82 | 177,383.82 |
| TODD FREALY | 2200-000 | NA | 3,181.79 | 3,181.79 | 3,181.79 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 181.97 | 181.97 | 181.97 |
| INTERNATIONAL SURETIES, INC. | 2300-000 | NA | 2,353.64 | 2,353.64 | 2,353.64 |
| PATRIOT INSURANCE SERVICES | 2420-000 | NA | 17,668.07 | 17,668.07 | 17,668.07 |
| Travelers | 2420-000 | NA | 2,347.00 | 2,347.00 | 2,347.00 |
| Buyer Banning Rad LLC | 2500-000 | NA | 14,516.13 | 14,516.13 | 14,516.13 |
| Chicago Title Company | 2500-000 | NA | 2,501.78 | 2,501.78 | 2,501.78 |
| First American | 2500-000 | NA | 11,639.00 | 11,639.00 | 11,639.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | 2600-000 | NA | 28,125.08 | 28,125.08 | 28,125.08 |
| AAI Environmental Corporation | 2690-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 7,764.39 | 7,764.39 | 7,764.39 |
| Thrifty Payless, Inc. | 2990-000 | NA | 500.00 | 500.00 | 500.00 |
| GOE & FORSYTHE, LLP | 3210-000 | NA | 283,636.60 | 283,636.60 | 283,636.60 |
| NOSSAMAN LLP | 3210-000 | NA | 20,537.14 | 20,537.14 | 20,537.14 |
| GOE & FORSYTHE, LLP | 3220-000 | NA | 4,220.43 | 4,220.43 | 4,220.43 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | NA | 15,775.00 | 15,775.00 | 15,775.00 |
| HAHN FIFE & COMPANY, LLP | 3420-000 | NA | 298.50 | 298.50 | 298.50 |
| STEVEN M. SPEIER | 3510-000 | NA | 202,500.00 | 202,500.00 | 202,500.00 |
| Douglas P. Wilson, Receiver | 3991-000 | NA | 15,177.08 | 10,177.08 | 10,177.08 |
| J F Hack Construction Management | 3991-000 | NA | 780.00 | 780.00 | 780.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 818,187.42 | $ 808,187.42 | $ 808,187.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | FRANCHISE TAX BOARD | 5800-000 | NA | 11,139.32 | 11,139.32 | 11,139.32 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 11,139.32 | $ 11,139.32 | $ 11,139.32 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dotan Shoam 3201 Union Pacific Avenue Los Angeles, CA 90015 | | 0.00 | NA | NA | 0.00 |
| | Douglas P. Wilson, Reciever 1620 Fifth Avenue, Suite 400 San Diego, CA 92101 | | 0.00 | NA | NA | 0.00 |
| | Ori Harpez 275 South Beverly Dr. #220 Beverly Hills, CA 90212 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ronen Armony 31241 Ballad Road Malibu, CA 90265 | | 0.00 | NA | NA | 0.00 |
| 3B | FRANCHISE TAX BOARD | 7100-000 | NA | 3,175.75 | 3,175.75 | 3,175.75 |
| | FRANCHISE TAX BOARD | 7990-000 | NA | NA | NA | 29.60 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 0.00 | $ 3,175.75 | $ 3,175.75 | $ 3,205.35 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-19644 | SC | Judge: | Scott C. Clarkson | | Trustee Name: | TODD A. FREALY, TRUSTEE |
|---|---|---|---|---|---|---|---|

Case Name: Banning At 8Th Street Llc

Date Filed (f) or Converted (c): 07/29/2014 (f)

341(a) Meeting Date: 09/03/2014

For Period Ending: 03/17/2017

Claims Bar Date: 11/10/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Commericial Shopping Center Location: 806 Ramsey St., Bannin

Motion for relief from stay filed 8/13/14 by Ronen Armony. Withdrawal of motion filed 8/27/14. | 7,500,000.00 | 3,200,000.00 | | 6,774,616.99 | FA |
| 2. Checking Account Controled By Reciever | 150,000.00 | 150,000.00 | | 196,162.92 | FA |
| 3. Controlled By Receiver

Other personal property of any kind not already listed- | Unknown | 0.00 | | 0.00 | FA |
| 4. RENTAL INCOME (u)

LEASE OF COMMERCIAL PROPERTY LOCATED AT 806 RAMSEY STREET, BANNING, CA.

Order granting motion to operate business, pay expenses and use cash collateral entered 9/5/14. Trustee authorized to operate business by collecting rents from tenant, incur and pay ordinary course expenses through 12/1/14, and authorized to pay expenses incurred in operation of property since appointment.

Order granting second motion to operate business through 3/31/15 entered 12/18/14. | 0.00 | 150,000.00 | | 262,500.00 | FA |
| 5. REFUND OF INSURANCE PREMIUMS (u) | 0.00 | 3,161.00 | | 4,889.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $7,650,000.00 $3,503,161.00 $7,238,168.91 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PERIOD ENDING 3/31/17:
Order approving stipulation for deposit of surplus proceeds filed/entered 2/23/17. Surplus funds made payable to Los Angeles County Superior Court and delivered to Court on 2/23/17.

Status as of 12/31/16:
Order allowing fees and expenses entered 10/5/16. Distribution/checks cut 10/6/16, with exception of surplus funds due to pending settlement and possible no need for interpleader.
Settlement discussions fell through. State Court Interpleader action filed in Los Angeles Superior Court on 11/4/16 by Trustee Frealy. Case Name: Frealy v. Armony, et al. Case No. BC 639782.

Status as of 9/30/16:
TFR filed with Court 8/26/16. Hearing set for 9/27/16. Application for compensation by Ch 7 Trustee filed 9/1/16. Opposition to G&F Fee App filed 9/13/16. Opposition to Ch 7 Trustee Fee App filed 9/14/16. Order requiring opposing parties to file supplemental declarations re objection to fee applications entered 9/15/16. Stipulation re G&F Fee App filed 9/19/16, and Order granting stipulation entered 9/21/16.

Status as of 6/30/16:
Motion to Disallow Claim #6-2 filed 4/22/16. Hearing set for 5/24/16.  Request for Court Costs filed 5/2/16. Notice to professionals to file applications for compensation and Notice of intent to file final report and account filed 5/2/16. Court Costs due $0. Notice of motion and motion for order authorizing the distribution of surplus proceeds to superior court in connection with interpleader action filed 5/3/16. Hearing set for 5/24/16. Second and final fee application filed 5/19/16 by Goe & Forsythe, LLP. First and final fee application filed 5/23/16 by Hahn Fife & Company, LLP. Order granting motion to interplead surplus proceeds with the superior court entered 5/25/16. Order granting motion to disallow claim 6-2 entered 5/25/16. TFR submitted to UST 6/24/16.

Period Ending 3/31/16:
Stipulation between all members of the Debtor (and the parties in the adversary proceeding recently dismissed by this court) regarding surplus estate funds filed 2/16/16 (Trustee not a party to stipulation). Order denying stipulation entered 2/18/16. Motion for order authorizing payment of post-petition taxes of the estate filed 3/3/16. Hearing set for 3/29/16. Order granting motion for order authorizing payment of post-petition taxes of the estate entered 3/29/16. Estate tax returns prepared.

Adversary proceeding 6:15-01158, Ramsey Irrevocable Trust No. I, et al. v. R. Armony, et al. pending. Opposition to motion for summary judgment filed 1/13/16. Evidentiary objection filed 1/13/16. Pre-trial stipulation filed 1/20/16. Memorandum of Decision Dismissing Adversary Proceeding With Prejudice Based Upon Permissive Abstention entered 1/27/16. Adversary closed.

Status as of 12/31/15:
Response to application for compensation of state court receiver filed 10/19/15. Order granting in part, denying in part, application for compensation of state court receiver entered 11/14/15.

Adversary proceeding 6:15-01158, Ramsey Irrevocable Trust No. I, et al. v. R. Armony, et al. pending. Stipulation re filing first amended complaint filed 10/15/15, and order approving stipulation entered 10/15/15. Amended complaint filed 10/22/15. Answer of Armony parties to amended complaint filed 11/2/15. Stipulation re discovery issues and depositions filed 12/7/15, and order approving stipulation entered 12/10/15. Motion for summary judgment filed by plaintiffs 12/22/15. Hearing set for 2/3/16.

Status as of 9/30/15:
Notice to Professionals of hearing re First Interim Applications for Compensation filed 7/17/15. Application for Payment of final fees and/or expenses for Nossman, LLP filed 8/12/15. Application for Interim Compensation and Reimbursement of Expenses for Goe & Forsythe, LLP filed 8/12/15. Hearing set 9/2/15. Application for Interim Trustee Compensation filed 8/12/15. Motion of Armony parties for Interim Distribution from surplus to owners of Debtor filed 8/12/15. Opposition to Motion of Armony parties for Interim Distribution filed 8/18/15. Limited objection by Armony Parties to Trustee and Trustee's counsel's interim fee applications filed 8/19/15. Reply to Limited Objection filed 8/25/15. Evidentiary objections to Declarations filed 8/26/15. Order granting applications for compensation of Goe & Forsythe, LLP and Nossman, LLP entered 9/3/15. Order granting Ch 7 Trustee fee application entered 9/3/15. Order denying motion for interim distribution to Armony Parties entered 9/10/15. Application for compensation of state court receiver filed 9/22/15. Hearing set for 11/4/15.

Adversary proceeding 6:15-01158, Ramsey Irrevocable Trust No. I, et al. v. R. Armony, et al. pending. Answer to complaint filed 7/9/15 by Armony parties. Pre trial conference continued to 2/3/16. Discovery cut off date 12/31/15. Scheduling Order entered 9/10/15. Stipulation dismissing Trustee Todd Frealy as Defendant filed 9/21/15, and order approving stipulation entered 9/22/15.

Status as of 6/30/15:
Objection to claim #1 filed 4/6/15 by R. Armony. Hearing set for 5/20/15. Report of sale filed 4/13/15. Monthly operating report for March 2015 filed 4/20/15. Motion for authority to return property tax payment to buyer Banning RAD, LLC filed 5/11/15. Response by Preferred Bank to Objection to claim #1 filed 5/20/15. Motion to strike re Declarations filed 5/29/15. Evidentiary objections filed 6/1/15. Order granting motion for authority to return property tax payment to buyer entered 6/2/15. Stipulation to continue hearing on claim objection filed 6/17/15, and order granting stipulation entered 6/18/15. Hearing on claim objection continued to 8/19/15. Motion to approve compromise of controversy filed 6/23/15. Order shortening time entered 6/23/15. Hearing set for 6/30/15. Order granting motion to approve compromise of controversy entered 6/30/15.

Adversary proceeding 6:14-ap-01327, Preferred Bank v. Frealy, Trustee, R. Armony, et al. Judgment entered 4/2/15 re stipulation on first claim for relief. Amended judgment

entered 4/3/15 re first claim for relief. Adversary closed 4/22/15.

Exhibit 8

Adversary proceeding 6:15-01158, Ramsey Irrevocable Trust No. I, et al. v. R. Armony, et al. filed 5/26/15 for declaratory judgment. Status conference set for 8/19/15. Answer to complaint filed 6/24/15 by T. Frealy, Trustee. Stipulation to extend time to respond filed 6/24/15, and order granting stipulation to extend time to respond entered 6/26/15.

PERIOD ENDING 3/31/15:
Monthly operating report for December 2014 filed 1/6/15. Motion for sale of real property filed 1/21/15. Hearing set for 2/11/15.  Motion to convert case to Ch 11 or to dismiss filed 1/21/15 by creditor R. Armony. Hearing set for 2/11/15. Opposition to motion to convert or dismiss filed 1/28/15 by Debtor. Response to motion to sell property filed 1/28/15 by Preferred Bank. Opposition to motion to convert or dismiss filed 1/28/15 by Preferred Bank. Opposition to motion to convert or dismiss filed 1/28/15 by Trustee. Opposition to motion to sell property filed 1/28/15 by R. Armony. Reply re motion to sell property filed 2/4/15. Monthly operating report for January 2015 filed 2/5/15. Order denying motion to dismiss or convert entered 2/19/15. Order granting motion to sell property entered 2/19/15. Monthly operating report for February 2015 filed 3/23/15. Report of sale filed 3/23/15. Estate tax return will be required.

Adversary proceeding 6:14-ap-01327, Preferred Bank v. Frealy, Trustee, R. Armony, et al. Stipulation filed 1/5/15, and order on stipulation to extend defendants' deadline to respond to complaint entered 1/6/15. Answer to complaint filed 1/20/15 by remaining defendants. Motion for summary judgment filed 3/4/15 by Plaintiff on first claim for relief. Hearing set for 4/15/15. Pre-trial conference set for 9/16/15. Scheduling order entered 3/12/15. Stipulation for entry of final judgment on first claim for relief filed 3/31/15. Stipulation for dismissal without prejudice of second and third claims for relief filed 3/31/15.

Status as of 12/31/14:
Order granting application to employ Hahn Fife & Company as accountants entered 10/2/14. Monthly operating report for September 2014 filed 10/3/14. Monthly operating report for October 2014 filed 11/10/14. Motion for authorization to operate business, pay expenses and use cash collateral through 3/31/15 filed 11/20/14. Hearing set for 12/10/14. Monthly operating report for November 2014 filed 12/2/14. Motion for order establishing procedures for sale of estate's assets filed 12/3/14. Hearing set for 12/10/14. Preferred Bank's Statement of Position re Second motion to operate business filed 12/5/14. Opposition to motion to establish sale procedures filed 12/9/14 by R. Armony. Order granting motion to operate business through 3/31/15 entered 12/18/14. Order granting motion establishing procedures for sale of estate's assets entered 12/19/14. Trustee responded to tenant request for roof repairs - repairs completed and contractor paid.

Adversary proceeding 6:14-ap-01327, Preferred Bank v. Frealy, Trustee, R. Armony, O. Harpaz, D. Shoam, Ibiza Investment Group, LLP, 6767 Sunset Plaza, LLC, Victorville Pad-H, LLC, to determine validity, priority and extent of Preferred Bank's liens and other interests in property, and objection to claim #6, filed 12/4/14. Status conference set for 3/4/15. Answer to complaint filed 12/30/14 by T. Frealy.

Status as of 9/30/14:
Ch. 7 Voluntary Petition filed 7/29/14. Meeting of creditors held 9/3/14 and continued. Application to employ Goe & Forsythe as general counsel filed 7/30/14. Application to employ Steven Speier as real estate broker filed 8/4/14. Notice of Asset filed 8/5/14. POC deadline 11/10/14. Motion for authorization to operate business, pay expenses and use cash collateral filed 8/11/14. Motion authorizing assumption of nonresidential real property lease filed 8/11/14. Hearings set for 9/3/14. Application to employ Hahn Fife & Company, LLP as accountants filed 8/13/14. Application to employ Nossaman, LLP as special real estate counsel filed 8/15/14. Objection to employment of Steven Speier as real estate broker filed 8/18/14 by R. Armony. Hearing set for 9/3/14. Order granting application to employ Goe & Forsythe entered 8/20/14. Opposition to RFS motion filed 8/20/14 by Trustee. Objection to motion to operate business filed 8/20/14 by R. Armony. Opposition to RFS motion filed 8/20/14 by Debtor. Notice to Approve Stipulation with Preferred Bank for use of cash collateral filed 8/21/14. Stipulation with R. Armony resolving certain contested matters filed 8/27/14, and order approving stipulation entered 8/27/14. Withdrawal of objection to motion to operate business filed 8/27/14 by R. Armony. Withdrawal of objection to employment of Steven Speier filed 8/27/14. Withdrawal of RFS motion filed 8/27/14 by R. Armony.

Order granting application to employ Nossaman as special real estate counsel entered 9/3/14. Order granting motion for assumption of nonresidential lease entered 9/5/14. Order granting motion to operate business, pay expenses and use cash collateral entered 9/5/14. Trustee authorized to operate business by collecting rents from tenant, incur and pay ordinary course expenses through 12/1/14, and authorized to pay expenses incurred in operation of property since appointment. Use of cash collateral is allowed pursuant to stipulation filed. Notice of appointment and acceptance of trustee filed 9/5/14. Notice of Lease assumption filed 9/10/14. Monthly operating report for August 2014 filed 9/17/14. Order granting application to employ Steven Speier as real estate broker entered 9/18/14. Insurance re property received from tenant. Trustee increased amount of insurance coverage.

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19644 | Trustee Name: TODD A. FREALY, TRUSTEE |
| Case Name: Banning At 8Th Street Llc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX4217 |
| | Checking |
| Taxpayer ID No: XX-XXX9414 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/14 | 2 | Armony v. Kanter (Rite Aid); Douglas P. Wilson, Receiver Receiver #550.09 1620 5th Ave., Suite 400 San Diego, CA 92101 | TURNOVER OF ACCOUNT FUNDS | 1129-000 | $196,162.92 | | $196,162.92 |
| 09/05/14 | 1001 | Preferred Bank 601 S. Figueroa Street, 29th Floor Los Angeles, CA 90017 | Note 205300 - August 2014 payment Per Order entered 9/5/14 Granting Chapter 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through December 1, 2014; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors | 4110-000 | | $24,863.31 | $171,299.61 |
| 09/05/14 | 1002 | Preferred Bank 601 S. Figueroa Street, 29th Floor Los Angeles, CA 90017 | Note 205301 - August 2014 payment Per Order entered 9/5/14 Granting Chapter 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through December 1, 2014; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors | 4110-000 | | $3,806.09 | $167,493.52 |

Page Subtotals: $196,162.92   $28,669.40

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19644 | Trustee Name: TODD A. FREALY, TRUSTEE |
| Case Name: Banning At 8Th Street Llc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX4217 |
| | Checking |
| Taxpayer ID No: XX-XXX9414 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/14 | 1003 | Preferred Bank 601 S. Figueroa Street, 29th Floor Los Angeles, CA 90017 | Note 205300 - September 2014 payment Per Order entered 9/5/14 Granting Chapter 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through December 1, 2014; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors | 4110-000 | | $24,853.46 | $142,640.06 |
| 09/05/14 | 1004 | Preferred Bank 601 S. Figueroa Street, 29th Floor Los Angeles, CA 90017 | Note 205301 - September 2014 payment Per Order entered 9/5/14 Granting Chapter 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through December 1, 2014; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors | 4110-000 | | $3,798.92 | $138,841.14 |

Page Subtotals:                                    $0.00          $28,652.38

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-19644
Case Name: Banning At 8Th Street Llc

Taxpayer ID No: XX-XXX9414
For Period Ending: 03/17/2017

Trustee Name: TODD A. FREALY, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX4217
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 1005 | AAI Environmental Corporation Attn: Accounts Receivable 3030 River Road Ashland City, TN 37015 | Phase I Environmental Site Assessment Retainer Property: 806 West Ramsey Street, Banning, CA Per Order entered 9/5/14 Granting Ch. 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 12/1/14; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 2690-000 | | $1,050.00 | $137,791.14 |
| 09/17/14 | 1006 | AAI ENVIRONMENTAL CORPORATION 3030 River Road Ashland City, TN 37015 | Balance due on Phase I ESA Report Property: 806 West Ramsey Street, Banning, CA Per Order entered 9/5/14 Granting Ch. 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 12/1/14; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 2690-000 | | $1,050.00 | $136,741.14 |

Page Subtotals: $0.00  $2,100.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page: 4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19644 | Trustee Name: TODD A. FREALY, TRUSTEE |
| Case Name: Banning At 8Th Street Llc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX4217 |
| | Checking |
| Taxpayer ID No: XX-XXX9414 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/14 | 1007 | PREFERRED BANK 601 SOUTH FIGUEROA STREET 29TH FLOOR LOS ANGELES, CA 90017 | LOAN #205301 PAYOFF OF PROMISSORY NOTE Per Order entered 9/5/14 Granting Ch. 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 12/1/14; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 4110-000 | | $4,778.13 | $131,963.01 |
| 09/17/14 | 1008 | PATRIOT INSURANCE SERVICES 3847 PIERCE STREET, SUITE I RIVERSIDE, CA 92503 | STATEMENT #87375A Property: 806 West Ramsey Street, Banning, CA Per Order entered 9/5/14 Granting Ch. 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 12/1/14; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 2420-000 | | $570.00 | $131,393.01 |
| 09/22/14 | 4 | ARMONY V. KANTER (RITE AID) DOUGLAS P. WILSON, RECEIVER #550.09 1620 5TH AVE., SUITE 400 SAN DIEGO, CA 92101 | RENT - SEPTEMBER | 1222-000 | $37,500.00 | | $168,893.01 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.21 | $168,864.80 |
| | | | Page Subtotals: | | $37,500.00 | $5,376.34 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |

Case No: 14-19644
Case Name: Banning At 8Th Street Llc

Taxpayer ID No: XX-XXX9414
For Period Ending: 03/17/2017

Trustee Name: TODD A. FREALY, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX4217
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/14 | 1009 | PATRIOT INSURANCE SERVICES 3847 PIERCE STREET, STE. I RIVERSIDE, CA 92503 | STATEMENT #PAT12092157 - FLOOD & EARTHQUAKE INSURANCE Property: 806 West Ramsey Street, Banning, CA Per Order entered 9/5/14 Granting Ch. 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 12/1/14; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 2420-000 | | $17,098.07 | $151,766.73 |
| 09/30/14 | 1010 | PREFERRED BANK 601 S. FIGUEROA STREET 29TH FLOOR LOS ANGELES, CA 90017 | LOAN #205300 - OCT. PAYMENT Per Order entered 9/5/14 Granting Ch. 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 12/1/14; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 4110-000 | | $26,630.19 | $125,136.54 |
| 10/14/14 | 4 | RITE AID HDQTRS. CORP. P.O. BOX 3165 HARRISBURG, PA 17105-0042 | RENT - OCTOBERT | 1222-000 | $37,500.00 | | $162,636.54 |
| 10/17/14 | 1011 | Thrifty Payless, Inc. Rite Aid Corporation 30 Hunter Lane Camp Hill, PA 17011 | Lease Estoppel Certificate - expedite fee Re: Rite Aid #5672-02 Location: 806 West Ramsey Street, Banning, CA 92220-4478 | 2990-000 | | $500.00 | $162,136.54 |

Page Subtotals:  $37,500.00  $44,228.26

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 14-19644 | Trustee Name: TODD A. FREALY, TRUSTEE |
|---|---|
| Case Name: Banning At 8Th Street Llc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX4217 |
| | Checking |
| Taxpayer ID No: XX-XXX9414 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $231.58 | $161,904.96 |
| 10/28/14 | 1012 | PREFERRED BANK 601 S. FIGUEROA STREET 29TH FLOOR LOS ANGELES, CA 90017 | Nov. Loan Payment - Loan #205300 Per Order entered 9/5/14 Granting Ch. 7 Trustee's Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 12/1/14; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 4110-000 | | $24,775.53 | $137,129.43 |
| 11/03/14 | 4 | RITE AID HDQTRS. CORP. P.O. BOX 3165 HARRISBURG, PA 17105-0042 | RENT - NOVEMBER | 1222-000 | $37,500.00 | | $174,629.43 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $223.70 | $174,405.73 |
| 12/03/14 | 4 | RITE AID HDQTRS. CORP. P.O. BOX 3165 HARRISBURG, PA 17105-0042 | RENT | 1222-000 | $37,500.00 | | $211,905.73 |
| 12/12/14 | 1013 | Travelers CL Remittance Center PO Box 660317 Dallas, TX 75266-0317 | RENEWAL OF COMMERCIAL INSURANCE Policy Number 5C243544 680 Policy Period 12/15/14 - 12/15/15 Per LBR 2016-2(a)(20) | 2420-000 | | $497.25 | $211,408.48 |
| 12/15/14 | 1014 | Travelers CL Remittance Center P.O. Box 660317 Dallas, TX 75266-0317 | RENEWAL -UMBRELLA POLICY Policy #CUP-0F87375A-14-42 Per LBR 2016-2(a)(20) | 2420-000 | | $370.00 | $211,038.48 |

Page Subtotals:    $75,000.00    $26,098.06

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-19644
Case Name: Banning At 8Th Street Llc

Taxpayer ID No: XX-XXX9414
For Period Ending: 03/17/2017

Trustee Name: TODD A. FREALY, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX4217
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/18/14 | 1015 | PREFERRED BANK 601 S. FIGUEROA STREET, 29TH FLOOR LOS ANGELES, CA 90017 | DECEMBER PAYMENT - LOAN 205300 Per Order entered 12/18/14 Granting Ch. 7 Trustee's Second Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 3/31/15; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 4110-000 | | $28,741.68 | $182,296.80 |
| 12/18/14 | 1016 | J. F. HACK CONSTRUCTION MANAGEMENT P.O. BOX 26038 SANTA ANA, CA 92799 | INVOICE NO. 121214-1 RE ROOF REPAIR AT 806 RAMSEY STREET, BANNING, CA Per Order entered 12/18/14 Granting Ch. 7 Trustee's Second Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 3/31/15; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 3991-000 | | $780.00 | $181,516.80 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $249.69 | $181,267.11 |
| 01/05/15 | 4 | RITE AID HDQTRS. CORP. P.O. Box 3165 Harrisburg, PA 17105-0042 | RENT | 1222-000 | $37,500.00 | | $218,767.11 |

Page Subtotals:     $37,500.00     $29,771.37

Page:   8

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 14-19644 | | | | Trustee Name: TODD A. FREALY, TRUSTEE | | Exhibit 9 |
| Case Name: Banning At 8Th Street Llc | | | | Bank Name: Union Bank | | |
| | | | | Account Number/CD#: XXXXXX4217 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX9414 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 03/17/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/06/15 | 1017 | PREFERRED BANK 601 S. FIGUEROA ST. 29TH FLOOR LOS ANGELES, CA 90017 | JANUARY PAYMENT - LOAN 205300 Per Order entered 12/18/14 Granting Ch. 7 Trustee's Second Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 3/31/15; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 4110-000 | | $28,741.68 | $190,025.43 |
| 01/08/15 | 1018 | Travelers CL Remittance Center PO Box 660317 Dallas, TX 75266-0317 | RENEWAL - Commercial Package -Remaining Balance Policy Number 5C243544 680 Policy Period 12/15/14 - 12/15/15 Per Order entered 12/18/14 granting Ch 7 Trustee's second motion pursuant to 11 U.S.C. §721 for order authorizing trustee to: (1) operate business and incur and pay ordinary course expenses through 3/31/15; (2) pay such expenses incurred by the trustee since the date of his appointment; and (3) use cash collateral to pay secured creditors. | 2420-000 | | $1,479.75 | $188,545.68 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $298.25 | $188,247.43 |

Page Subtotals:                                                                                    $0.00        $30,519.68

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 14-19644 | | | Trustee Name: TODD A. FREALY, TRUSTEE | | | |
| Case Name: Banning At 8Th Street Llc | | | Bank Name: Union Bank | | | |
| | | | Account Number/CD#: XXXXXX4217 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX9414 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 03/17/2017 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/15 | 1019 | PREFERRED BANK 601 S. FIGUEROA STREET 29TH FLOOR LOS ANGELES, CA 90017 | FEBRUARY PAYMENT - LOAN 205300 Per Order entered 12/18/14 Granting Ch. 7 Trustee's Second Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 3/31/15; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 4110-000 | | $26,302.82 | $161,944.61 |
| 02/04/15 | 4 | RITE AID HDQTRS. CORP. P.O. BOX 3165 HARRISBURG, PA 17105-0042 | RENT | 1222-000 | $37,500.00 | | $199,444.61 |
| 02/12/15 | 1020 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST., SUITE 420 NEW ORLEANS, LA 70139 | Blanket Bond #016030866 for Term 1/4/15 to 1/4/16 | 2300-000 | | $291.15 | $199,153.46 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $289.21 | $198,864.25 |
| 03/04/15 | 4 | RITE AID HDQTRS. CORP. P.O. BOX 3165 HARRISBURG, PA 17105-0042 | RENT | 1222-000 | $37,500.00 | | $236,364.25 |

| | | | Page Subtotals: | | $75,000.00 | $26,883.18 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-19644
Case Name: Banning At 8Th Street Llc

Trustee Name: TODD A. FREALY, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX4217
Checking

Taxpayer ID No: XX-XXX9414
For Period Ending: 03/17/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/15 | 1021 | PREFERRED BANK 601 S. Figueroa Street 29th Floor Los Angeles, CA 90017 | MARCH PAYMENT - LOAN 205300 Per Order entered 12/18/14 Granting Ch. 7 Trustee's Second Motion Pursuant to 11 U.S.C. §721 for Order Authorizing Trustee to: (1) Operate Business and Incur and Pay Ordinary Course Expenses Through 3/31/15; (2) Pay Such Expenses Incurred by the Trustee Since the Date of his Appointment; and (3) Use Cash Collateral to Pay Secured Creditors. | 4110-000 | | $26,302.82 | $210,061.43 |
| 03/23/15 | | INTERNATIONAL SURETIES LTD 701 POYDRAS ST., SUITE 420 NEW ORLEANS, LA 70139 | BOND REFUND Chapter 7 Bond Premium Refund | 2300-000 | | ($109.18) | $210,170.61 |
| 03/24/15 | | Chicago Title Company CTIE TAC-CIE-716 560 E. Hospitality Lane San Bernardino, CA 92408 | SALE PROCEEDS Property located at 806 and 860 W. Ramsey Street, Banning, CA 92220 | | $2,615,126.15 | | $2,825,296.76 |
| | | | Gross Receipts   $6,774,616.99 | | | | |
| | | Preferred Bank | PAYOFF OF LOAN & FEES ($3,928,333.93) | 4110-000 | | | |
| | | STEVEN M. SPEIER | REAL ESTATE COMMISSION ($202,500.00) | 3510-000 | | | |
| | | Chicago Title Company | TITLE CHARGES/FEES ($2,501.78) | 2500-000 | | | |
| | | First American | TITLE INSURANCE & SUB ESCROW FEE ($4,175.00) | 2500-000 | | | |
| | | First American | RECORDING CHARGES & TRANSFER TAX ($7,464.00) | 2500-000 | | | |
| | | Buyer Banning Rad LLC | PRORATION -RENT 3/20/15- 3/31/15 ($14,516.13) | 2500-000 | | | |
| | 1 | | Commericial Shopping Center Location: 806 Ramsey St., Bannin $6,774,616.99 | 1110-000 | | | |

Page Subtotals: $2,615,126.15   $26,193.64

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-19644
Case Name: Banning At 8Th Street Llc

Trustee Name: TODD A. FREALY, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX4217
Checking

Taxpayer ID No: XX-XXX9414
For Period Ending: 03/17/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $266.64 | $2,825,030.12 |
| 04/06/15 | 1022 | INTERNATIONAL SURETIES, INC. 701 Poydras Street, Suite 420 New Orleans, LA  70139 | Blanket Bond #016030866 Increase for Term 1/4/15 - 1/4/16 | 2300-000 | | $955.01 | $2,824,075.11 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,188.95 | $2,822,886.16 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $4,062.35 | $2,818,823.81 |
| 06/02/15 | 1023 | Banning RAD, LLC | RETURN OF FUNDS Per Order entered June 2, 2015 granting motion for authority to return property tax payment to Buyer Banning RAD, LLC | 8500-002 | | $24,616.99 | $2,794,206.82 |
| 06/17/15 | 1024 | INTERNATIONAL SURETIES, INC. 701 Poydras Street, Suite 420 New Orleans, LA  70139 | Blanket Bond #016030866 Increase for Term 1/04/15 to 1/04/16 | 2300-000 | | $25.21 | $2,794,181.61 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $2,396.85 | $2,791,784.76 |
| 06/30/15 | 1025 | PREFERRED BANK 601 S. FIGUEROA STREET 29TH FLOOR LOS ANGELES, CA 90017 | Settlement funds Per Order Granting Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019 entered 6/30/15. | 4110-000 | | $320,000.00 | $2,471,784.76 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $2,289.47 | $2,469,495.29 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $2,099.01 | $2,467,396.28 |

Page Subtotals:                    $0.00        $357,900.48

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19644 | |
| Case Name: Banning At 8Th Street Llc | |

| | |
|---|---|
| Trustee Name: TODD A. FREALY, TRUSTEE | |
| Bank Name: Union Bank | |
| Account Number/CD#: XXXXXX4217 | |
| | Checking |
| Blanket Bond (per case limit): $5,000,000.00 | |
| Separate Bond (if applicable): | |

| | |
|---|---|
| Taxpayer ID No: XX-XXX9414 | |
| For Period Ending: 03/17/2017 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/15 | 1026 | GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue<br>Suite 510<br>Irvine, CA  92612 | Interim Fees<br>Per Omnibus Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Goe & Forsythe, LLP; and Final Application for Compensation of Nossaman, LLP, entered 9/3/15. | 3210-000 | | $244,238.35 | $2,223,157.93 |
| 09/04/15 | 1027 | GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue<br>Suite 510<br>Irvine, CA  92612 | Interim Expenses<br>Per Omnibus Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Goe & Forsythe, LLP; and Final Application for Compensation of Nossaman, LLP, entered 9/3/15. | 3220-000 | | $3,791.86 | $2,219,366.07 |
| 09/04/15 | 1028 | Nossaman LLP<br>777 South Figueroa Street<br>34th Floor<br>Los Angeles, CA 90017 | FINAL FEES<br>Per Omnibus Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Goe & Forsythe, LLP; and Final Application for Compensation of Nossaman, LLP, entered 9/3/15. | 3210-000 | | $20,537.14 | $2,198,828.93 |
| 09/04/15 | 1029 | FREALY, TODD<br>3403 TENTH STREET STE 709<br>RIVERSIDE, CA  92501 | Interim Fees<br>Per Order Approving, in Part, the Chapter 7 Trustee's First Interim Fee Application for the Period From July 29, 2014 to August 11, 2015, entered 9/3/15. | 2100-000 | | $75,000.00 | $2,123,828.93 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,096.98 | $2,121,731.95 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,830.55 | $2,119,901.40 |

Page Subtotals:  $0.00   $347,494.88

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-19644 | Trustee Name: TODD A. FREALY, TRUSTEE | |
| Case Name: Banning At 8Th Street Llc | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX4217 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9414 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/15 | 1030 | Douglas P. Wilson, State Court-Appointed Receiver c/o Mulvaney Barry Beatty Linn & Mayers LLP Attn: Everett G. Barry, Jr. 401 West A Street, 17th Floor San Diego, CA 92101 | Receiver's Compensation and Reimbursement Per order entered 11/12/15 partially granting first and final application of state court-appointed receiver for allowance and payment of professional fees and reimbursement of costs and expenses pursuant to §§503(b) and 543(c) | 3991-000 | | $10,177.08 | $2,109,724.32 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,801.72 | $2,107,922.60 |
| 12/15/15 | 5 | PATRIOT INSURANCE SERVICES CLIENT TRUST ACCOUNT 3847 Pierce St., Ste. I Riverside, CA 92503-4984 | Insurance refund | 1290-000 | $3,161.00 | | $2,111,083.60 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,740.42 | $2,109,343.18 |
| 01/12/16 | 5 | Travelers Property Casualty CL Agency Richmond Accounting PO Box 26385 Richmond, VA 23260-6385 | Insurance refund Travelers Account -5168 | 1290-000 | $1,728.00 | | $2,111,071.18 |
| 01/12/16 | 1031 | INTERNATIONAL SURETIES, INC. 701 Poydras Street, Suite 420 New Orleans, LA  70139 | Blanket Bond #016030866 Renewal for Term 1/4/16 - 1/4/17 | 2300-000 | | $1,373.42 | $2,109,697.76 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,791.48 | $2,107,906.28 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,786.52 | $2,106,119.76 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,669.95 | $2,104,449.81 |

| | | |
|---|---|---|
| Page Subtotals: | $4,889.00 | $20,340.59 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-19644 | Trustee Name: TODD A. FREALY, TRUSTEE | Exhibit 9 |
| Case Name: Banning At 8Th Street Llc | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX4217 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9414 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/16 | 1032 | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | ADMINISTRATIVE EXPENSE Estate Tax due for 2015 tax year Order Granting Chapter 7 Trustee's Motion for a Bankruptcy Court Order Authorizing the Payment of Post-Petition Taxes of the Estate | 2820-000 | | $6,800.00 | $2,097,649.81 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,783.55 | $2,095,866.26 |
| 10/06/16 | 1033 | TODD FREALY 3403 TENTH STREET STE 709 RIVERSIDE, CA  92501 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $102,383.82 | $1,993,482.44 |
| 10/06/16 | 1034 | TODD FREALY 3403 TENTH STREET STE 709 RIVERSIDE, CA  92501 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $2,376.79 | $1,991,105.65 |
| 10/06/16 | 1035 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 P.O. Box 2952 Sacramento, CA  95812 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 2820-000 | | $964.39 | $1,990,141.26 |
| 10/06/16 | 1036 | GOE & FORSYTHE, LLP 18101 Von Karman Avenue Suite 1200 Irvine, CA  92612 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $39,398.25 | $1,950,743.01 |
| 10/06/16 | 1037 | GOE & FORSYTHE, LLP 18101 Von Karman Avenue Suite 1200 Irvine, CA  92612 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $428.57 | $1,950,314.44 |
| 10/06/16 | 1038 | HAHN FIFE & COMPANY, LLP 790 E. COLORADO BLVD., 9TH FLOOR PASADENA, CA  91101 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $15,775.00 | $1,934,539.44 |
| 10/06/16 | 1039 | HAHN FIFE & COMPANY, LLP 790 E. COLORADO BLVD., 9TH FLOOR PASADENA, CA  91101 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $298.50 | $1,934,240.94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TDR (10/1/2010) (Page: 24) | | | Page Subtotals: | | $0.00 | $170,208.87 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-19644 | Trustee Name: TODD A. FREALY, TRUSTEE | |
| Case Name: Banning At 8Th Street Llc | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX4217 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9414 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/16 | 1040 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA  95812-2952 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $11,162.35 | $1,923,078.59 |
| | | | ($23.03) | 7990-000 | | | |
| | | FRANCHISE TAX BOARD | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($11,139.32) | 5800-000 | | | |
| 10/06/16 | 1041 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA  95812-2952 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $3,182.32 | $1,919,896.27 |
| | | | ($6.57) | 7990-000 | | | |
| | | FRANCHISE TAX BOARD | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($3,175.75) | 7100-000 | | | |
| 11/02/16 | 1042 | FREALY, TODD 3403 TENTH STREET STE 709 RIVERSIDE, CA  92501 | Trustee Expenses - Remaining Balance re: Interpleader Expenses previously approved in Order Allowing Administrative Claims, Professional Fees and Expenses, Trustee's Fees and Expenses entered 10/5/16. | 2200-000 | | $805.00 | $1,919,091.27 |
| 02/23/17 | 1043 | Los Angeles County Superior Court 111 N. Hill Street Los Angeles, CA | TURNOVER OF SURPLUS PROCEEDS Pursuant to Order Approving Stipulation for Deposit of Surplus Proceeds filed 2/23/17. Los Angeles County Superior Court Case No. BC 639782 | 8200-002 | | $1,919,091.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,078,678.07 | $3,078,678.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $1,934,240.94 |

| | | |
|---|---:|---:|
| Subtotal | $3,078,678.07 | $3,078,678.07 |
| Less: Payments to Debtors | $0.00 | $1,919,091.27 |
| Net | $3,078,678.07 | $1,159,586.80 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4217 - Checking | $3,078,678.07 | $1,159,586.80 | $0.00 |
| | $3,078,678.07 | $1,159,586.80 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $4,159,490.84 |
| Total Net Deposits: | $3,078,678.07 |
| Total Gross Receipts: | $7,238,168.91 |